# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

154092 (94)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RICHARD DESMOND GLOVER,
     Defendant-Appellant.

SC: 154092
COA: 321454
Wayne CC: 13-010736-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's January 31, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



Clerk

t0522